**Order entered October 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00261-CV

**RICHARD GOLDBERG, ET AL, Appellants**

**V.**

**EMR (USA HOLDINGS) INC., ET AL, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14064**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 49.2, the Court requests that appellants file a response to appellees' motion for rehearing and that appellees file a response to appellants' motion for rehearing. The responses must be filed by **November 22, 2019**.

/s/     LANA MYERS
        JUSTICE